In re RICHARDSON. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) In the matter of the application of William Payson Richardson for admission to the bar. No opinion. Application granted.

RIDDLE, Respondent, v. FORTY–SECOND ST., M. & ST. N. AVE. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 9, 1902.) Action by Janet Riddle, as administratrix, against the Forty-Second Street, Manhattanville & St. Nicholas Avenue Railway Company. T. H. Lord, for appellant. T. Darlington, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

HATCH, J., dissents.

ROBINSON, Respondent, v. APPLEBY et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 18, 1902.) Action by Albertina L. Robinson, as administratrix, etc., of Frederick H. Robinson, deceased, against Charry C. Appleby and Silas F. Overton, as executors, etc., of Helen C. Pratt, deceased. No opinion. Motion denied.

In re ROGERS' ESTATE. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) In the matter of the transfer tax on the estate of John L. Rogers, deceased. No opinion. Order signed on stipulation.

ROGERS, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. April 25, 1902.) Action by J. S. Rogers against the city of New York. T. Farley, for appellant. L. L. Kellogg, for respondent. No opinion. Judgment affirmed, with costs.

ROOSEVELT et al. v. PORTER et al. (Supreme Court, Appellate Division, First Department. April 18, 1902.) Action by W. Emlen Roosevelt and others against S. Grosvenor Porter and others. No opinion. Motion granted, with $10 costs.

RUDD, Respondent, v. MIDGELY, Appellant. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) Action by William W. Rudd against J. Edwards Midgely. No opinion. Judgment of the municipal court affirmed, with costs.

RUFFIN, Appellant, v. FORTY–SECOND ST., M. & ST. N. AVE. R. CO., Respondent. (Supreme Court, Appellate Division, First Department. April 25, 1902.) Action by Caroline Ruffin against the Forty-Second Street, Manhattanville & St. Nicholas Avenue Railroad Company. A. Nelson, for appellant. W. S. Cogswell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

RUSHTERFER, Respondent, v. VILLAGE OF TONAWANDA, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 13, 1902.) Action by Frank Rushterfer against the village of Tonawanda.

PER CURIAM. Judgment and order reversed, upon the ground that the damages are excessive, and new trial ordered, with costs to the appellant to abide event, unless the respondent within five days stipulates to reduce the verdict as of the date of its rendition to the sum of $1,500, in which event the judgment as thus modified and the order are affirmed, without costs of this appeal to either party.